No. 72–6420. TATE *v.* BLACKWELL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–6516. REARDON *v.* MEACHAM, PENITENTIARY SUPERINTENDENT. C. A. 10th Cir. Certiorari denied.

No. 72–6517. DAVID *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 72–6521. BRYANT ET AL. *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 72–6525. LEE *v.* BLACKLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 72–6536. REESE *v.* MARSINO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 72–6545. POTTER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–1207. BRANDYWINE-MAIN LINE RADIO, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1212. COUNTY OF NASSAU ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1367. RHINEHART *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6308. SANDERS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.